AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas

# United States District Court

OCT 2 0 2011

Clerk of Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jesus Angel Alanis-Trevino
A36 745 086

AKA:

IAE    YOB:   1964
the United Mexican States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-11-2915-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 19, 2011__ in __Starr__ County, in the __Southern__ District of __Texas__ defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jesus Angel Alanis-Trevino was encountered by Border Patrol Agents near Rio Grande City, Texas on October 19, 2011. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 16, 2011, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 26, 2010, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 12, 2007, the Defendant was convicted of Aggravated Assault with a Deadly Weapon and was sentenced to five (5) years confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

*Approved to File*
*[signature] Leonard*
*Asst U.S. Attorney*

Signature of Complainant

Sworn to before me and subscribed in my presence,

October 20, 2011

Gerardo Passement    Senior Patrol Agent

__Dorina Ramos__, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 257 (Rev. 6/78)

PER 18 U.S.C. 3170

M-11-2915-M

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
Dorina Ramos
U.S. Magistrate Judge, McAllen, Texas

**OFFENSES CHARGED**

Re-Entry After Deportation

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**U.S.C. Citation:** 8 USC 1326

**Place of offense:** near Rio Grande City, Texas

**DEFENDANT - U.S. vs.**
Jesus Angel Alanis-Trevino

**Address:** Miguel Aleman, Tamaulipas, Mexico

**Year of Birth:** 1964
[X] Male [ ] Female

(Optional unless a juvenile)

### PROCEEDING

**Name of complainant Agency, or Person (& Title if any):**
Gerardo Passement
Senior Patrol Agent

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person /proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense

SHOW DOCKET NO

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges →
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [X] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges [X] Fed'l [ ] State
if answer to (6) is "Yes", show name of institution

Has detainer been filed? [X] Yes [ ] No
if "Yes" give date filed: October 20, 2011
Mo/Day/Year

**DATE OF ARREST** → October 19, 2011
Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** Mo Day Year

**Name and office of person Furnishing information on THIS FORM:**
Gerardo Passement
U.S. Border Patrol Agent
[ ] U.S. Att'y [X] Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):**

[ ] This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —